# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

NO. 5:26-cr-00090-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| DANIEL RODNEY SWAIN | |

This matters comes before this Court on defense counsel's Motion to Hold Detention Hearing in Abeyance. For good cause shown, the motion is GRANTED. The June 16, 2026, detention hearing is canceled and the detention hearing shall be held in abeyance until such time that Mr. Swain's mental state renders him able to either proceed with the hearing or waive it.

IT IS SO ORDERED.

This the __1 2__ day of June, 2026.

JAMES C. DEVER III
United States District Judge