UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-90-D

UNITED STATES OF AMERICA

v.

DANIEL RODNEY SWAIN

ORDER TO SEAL

On motion of the Defendant, Daniel Rodney Swain, and for good cause shown, it is hereby

ORDERED that **DE 22** be sealed until otherwise ordered by the Court, except that copies may be

provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __22__ day of June, 2026.

JAMES C. DEVER III
United States District Judge