UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-00090-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL RODNEY SWAIN | ORDER TO SEAL |

On motion of the Defendant, Daniel Rodney Swain, and for good cause shown, it is hereby ORDERED that **DE 30** be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 11 day of September, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge